## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

CRIMINAL NO.: 5:13-cr-50008-2    USA v. GREG GONZALEZ

COURT PERSONNEL:    APPEARANCES:

Judge: TIMOTHY L. BROOKS    Govt.: CLAY FOWLKES

Clerk: GAIL GARNER    Deft.: JACK SCHISLER

Reporter: DANA HAYDEN

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.

- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.

- (X) Inquiry made that defendant is satisfied with counsel.

- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 2-level departure awarded.

- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

- (X) Attorney for government afforded opportunity to make statement to court.

Criminal No.: 5:13-cr-50008-2

(X) Court proceeded to impose sentence as follows:

    30 months imprisonment; 3 years supervised release; $7,500.00 fine imposed - interest waived.

(X) Defendant ordered to comply with standard conditions of supervised release.

(X) Defendant ordered to comply with the following special conditions of supervised release:

    1. The Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and directed by the U.S. Probation Office.

    2. The Defendant shall submit his person, residence, place of employment, and vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based on a reasonable suspicion of evidence of any violation of conditions of supervised release.

(X) Defendant ordered to pay total special assessment of $100.00, which shall be due immediately.

(X) Forfeiture allegation dismissed on motion by the government.

(X) Defendant advised of right to appeal sentence imposed.

(X) Defendant advised of right to apply for leave to appeal in forma pauperis.

(X) Defendant remanded to custody of USMS.

DATE: March 27, 2014                                    Proceeding began:  9:09 am

                                                                                     ended: 10:34 am